FILED
JUL -7 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ CA/ _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CHARLES WANG,

       Plaintiff,

       v.

MONTEREY PARK POLICE DEPARTMENT,

       Defendant.

Case No.  CV 07-6188-VBF (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein including the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendation attached hereto and orders the action be dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and Judgment herein on all parties.

Dated: _____July 3, 2008_____

_____
Valerie Baker Fairbank
United States District Judge