JS-6

**FILED**
JUL - 7 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHARLES WANG, | Case No. CV 07-6188-VBF (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| MONTEREY PARK POLICE DEPARTMENT, | |
| Defendant. | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: 7-3-08

*Valerie Baker Fairbank*
Valerie Baker Fairbank
United States District Judge